IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:09CV76-01-MU

| | | |
|---|---|---|
| RODNEY D. SPRUILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **O R D E R** |
| STEVE BAILEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** comes before the Court upon its own motion.

Upon reviewing the Complaint and attachments filed in the above-referenced case, this Court cannot determine if Plaintiff has exhausted his administrative remedies. That is, it does not appear to the Court that Plaintiff has raised the precise issue now before the Court in a grievance. Consequently, this Court orders the Superintendent of the Alexander Correctional Institution to produce a copy of the grievance filed by Plaintiff which Plaintiff has identified as exhausting his administrative remedies (# 4870-S-09-182) and the prison's responses to this grievance.

**THE COURT HEREBY ORDERS** that:

1. The Clerk send a copy of this Order to the superintendent of Alexander Correctional Institution; and

2. The Superintendent of Alexander Correctional Institution shall produce to the Court within ten (10) days of the filing of this Order a copy of Plaintiff's grievance (# 4870-S-09-182) and all prison responses to this grievance.

Signed: July 15, 2009

Graham C. Mullen
United States District Judge